# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-00991-WSD
### Coast et al v. The Bank of New York Mellon Trust et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 04/01/2013.

TIME COURT COMMENCED: 10:20 A.M.
TIME COURT CONCLUDED: 11:14 A.M.     COURT REPORTER: Nick Marrone
TIME IN COURT: 00:54                 DEPUTY CLERK: Jessica Birnbaum
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Byron Coast appearing Pro Se<br>Liltonya Coast appearing Pro Se<br>** Bret Chaness representing all Dfts |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing held on Pff's request for preliminary injunction. Pff's Exhibits A-C admitted. Dft Exhibits 1-3 admitted. The Court denies Pffs' request for a temporary restraining order. The Court has set a preliminary injunction hearing for May 30, 2013. (The hearing has been set for 9:30 a.m.) By the end of the week, in accordance with the Court's outline for joint detailed discovery plans, the parties shall prepare and submit to the Court a joint detailed discovery plan on the issue of preliminary injunction. Discovery on this issue shall conclude on May 17, 2013. Pffs are ordered to refile their complaint by Friday, April 5, 2013, by 5:00 p.m. |
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |